IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID G. SHIPP,

     Appellant,

 v.
                            Case No.  5D23-683
                            LT Case No. 2005-CF-3682-C

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 25, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Matthew R. McLain, of McLain Law,
P.A., Longwood,  for Appellant.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


EISNAUGLE, BOATWRIGHT and MACIVER, JJ., concur.